No. 75–1025. LaRocca *v.* Lane, Judge. Ct. App. N. Y. Certiorari denied.

No. 75–1031. Sifton et al. *v.* County of Ventura; and Fries *v.* Combs. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–1036. Banks *v.* Florida. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 75–1037. Moog, Inc. *v.* Pegasus Laboratories, Inc. C. A. 6th Cir. Certiorari denied.

No. 75–1039. Baldasarro *v.* Ohio. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 75–1042. Silver et al. *v.* Queen's Hospital, aka Queen's Medical Center, et al. C. A. 9th Cir. Certiorari denied.

No. 75–1044. Thoms *v.* Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 75–1045. Corning Glass Works *v.* Fischer & Porter Co. C. A. 3d Cir. Certiorari denied.

No. 75–1047. Grant *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 75–1057. Belanger *v.* Matteson et al. Sup. Ct. R. I. Certiorari denied.

No. 75–1083. M. C. Manufacturing Co., Inc., et al. *v.* Texas Foundries, Inc., et al. C. A. 5th Cir. Certiorari denied.